IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CALVIN W. SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 22-846C<br>)  Judge Davis<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Jason X. Hamilton_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jason X. Hamilton
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

*/s/ Jason X. Hamilton*
JASON X. HAMILTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0226
Facsimile: (202) 307-0972
Email: Jason.X.Hamilton@usdoj.gov

Dated: September 6, 2022

Received - USCFC
SEP 0 7 2022

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this  6th  day of  September, 2022 , I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE" addressed as follows:

CALVIN W. SCOTT<br>
5095 Southwood Rd. Unit 1280<br>
Fairburn, GA 30213

# THE UNITED STATES COURT OF FEDERAL CLAIMS

RECEIVED FROM NIGHT BOX

SEP 6 2022

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS